United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 15, 2003**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-11212
SUMMARY CALENDAR
_____

SECURITIES AND EXCHANGE COMMISSION

Plaintiff - Appellee

v.

RESOURCE DEVELOPMENT INTERNATIONAL LLC; ET AL

Defendants

DAVID EDWARDS; JAMES EDWARDS; KEVIN LYNDS; EDWARD
MORRIS HARRIS, President, Jade Asset Management, Ltd

Defendants - Appellants

_____

On Appeal from the United States District Court for the
Northern District of Texas, Dallas Division
(3:02-CV-605-R)

_____

Before REYNALDO G. GARZA, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

This is an appeal from the denial of a FED. R. CIV. P. 60(b)(4) motion and a civil

_____

[1]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

-1-

contempt order in an SEC enforcement action. The contempt order was civil in nature and thus not immediately subject to review on appeal. *FDIC v. LeGrand*, 43 F.3d 163, 168 (5th Cir. 1995); *Lamar Fin. Corp. v. Adams*, 918 F.2d 564, 566 (5th Cir. 1990). The denial of the FED. R. CIV. P. 60(b)(4) motion was not a final judgment, and the appellants have failed to show that the judgement falls under the collateral-order doctrine. *Southern Travel Club v. Carnival Air Lines, Inc.*, 986 F.2d 125, 129-30 (5th Cir. 1993); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545 (1949). We lack jurisdiction over this appeal, and it is therefore dismissed.

APPEAL DISMISSED.